HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:20-mj-00094-CKD |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE BENCH TRIAL |
| v. | ) ) | |
| JOHN L. ALIMENTI, | ) ) | Date: April 29, 2021 Time: 9:00 a.m. |
| Defendant. | ) ) ) | Place: Honorable Carolyn K. Delaney |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney Alstyn Bennett, and Assistant Federal Defender Linda Allison, attorney for John L. Alimenti, that the trial set for April 29, 2021 at 9:00 a.m. be continued to October 7, 2021 at 9:30 a.m.

This continuance is requested because Mr. Alimenti has serious concerns about proceeding to trial by video, and has revoked his consent to proceed by Zoom.  He requests to

/ / /

/ / /

/ / /

proceed in person.  By this stipulation the parties now jointly move to continue the bench trial to October 7, 2021 at 9:30 a.m.

Dated: April 27, 2021　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　/s/ Linda C. Allison
　　　　　　　　　　　　　　　　　　　　LINDA C. ALLISON
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender

Dated:  April 27, 2021　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　/s/ Alstyn Bennett
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


**O R D E R**

IT IS HEREBY ORDERED that the bench trial currently set for April 29, 2021 be Vacated for the reasons stated above, including Defendant's revocation of his consent to proceed to bench trial via Zoom, and continued to October 7, 2021 at 9:30 a.m.

Dated:  April 28, 2021

　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE