HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-mj-00094-CKD |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE BENCH TRIAL** |
| v. | ) |
| JOHN L. ALIMENTI, | ) Date: October 7, 2021 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Place: Honorable Carolyn K. Delaney |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney Alstyn Bennett, and Assistant Federal Defender Linda Allison, attorney for John L. Alimenti, that the trial set for October 7, 2021 at 9:30 a.m. be continued to December 13, 2021 at 9:30 a.m.

This continuance is requested by Mr. Alimenti's defense counsel for trial preparation and discovery review.

///

///

-1-

By this stipulation the parties now jointly move to continue the bench trial to December 13, 2021 at 9:30 a.m.

Dated: September 24, 2021          HEATHER E. WILLIAMS
                                    Federal Defender

                                    /s/ Linda C. Allison
                                    LINDA C. ALLISON
                                    Assistant Federal Defender

Dated:  September 24, 2021         PHILLIP A. TALBERT
                                    Acting United States Attorney

                                    /s/ Alstyn Bennett
                                    Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that the bench trial currently set for October 7, 2021, be **VACATED** for the reasons stated above and **CONTINUED** to **December 13, 2021, at 9:30 a.m**.

Dated:  September 24, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE