PHILLIP A. TALBERT
Acting United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-mj-00094-CKD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO SET |
| | ) | PRETRIAL CONFERENCE |
| v. | ) | |
| | ) | DATE:  December 1, 2021 |
| JOHN L. ALIMENTI, | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Hon. Carolyn K. Delaney |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1.   By previous order, this matter was scheduled for a bench trial on December 13, 2021 at 9:00 a.m.

2.   By this stipulation, the parties now jointly move to set a

///

///

///

pretrial conference on December 1, 2021 at 9:00 a.m.

    IT IS SO STIPULATED.


DATED: November 22, 2021        PHILLIP A. TALBERT
                                Acting United States Attorney


                        By:  */s/ Alstyn Bennett*
                             ALSTYN BENNETT
                             Assistant U.S. Attorney


                             */s/ Linda Allison*
                             LINDA C. ALLISON
                             Assistant Federal Defender
                             Counsel for Defendant
                             (*Approved via email on 11/22/2021*)



                         **FINDINGS AND ORDER**

    IT IS SO ORDERED, that a pretrial conference be set for December
1, 2021 at 9:00 a.m.

    FOUND AND ORDERED

    Dated:  November 22, 2021
                                _____
                                CAROLYN K. DELANEY
                                UNITED STATES MAGISTRATE JUDGE