PHILLIP A. TALBERT
Acting United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN L. ALIMENTI, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> ) | 2:20-mj-00094-CKD <br><br> STIPULATION AND ORDER REGARDING VACCINATION STATUS OF INDIVIDUALS PRESENT IN MAGISTRATE COURT FOR IN PERSON BENCH TRIAL (GENERAL ORDER 638) <br><br> DATE: December 13, 2021 <br> TIME: 9:30 a.m. <br> JUDGE: Honorable Carolyn K. Delaney |

On November 2, 2021, General Order 638 was issued regarding the magistrate judges' policy regarding vaccination of all individuals appearing before the Court in the Sacramento Division. General Order 638 provides, in relevant part, that "all individuals must be fully vaccinated against COVID-19, unless otherwise ordered by the judge presiding over the proceedings in a particular case" when appearing or otherwise present in the courtroom.

/ / /

/ / /

/ / /

STIPULATION &[PROPOSED] ORDER         1         U.S. v. JOHN L. ALIMENTI

**STIPULATION**

1. The parties hereby agree and stipulate that General Order's 638 vaccination requirement shall not apply to the defendant or to witnesses.

2. The parties further agree and stipulate that General Order 638's vaccination requirement shall apply to counsel for the government and its trial support staff present in the courtroom, and counsel for the defendant and its trial support staff present in the courtroom.

IT IS SO STIPULATED.

Dated: December 1, 2021        PHILLIP A. TALBERT
                               Acting United States Attorney

                               /s/ ALSTYN BENNETT
                               ─────────────────────
                               ALSTYN BENNETT
                               Assistant U.S. Attorney

Dated: December 1, 2021        /s/ LINDA C. ALLISON
                               ─────────────────────
                               LINDA C. ALLISON
                               Counsel for Defendant
                               JOHN L. ALIMENTI

**ORDER**

It is HEREBY ORDERED that General Order 638's vaccination requirement shall not apply to the defendant or to witnesses. General Order 638's vaccination requirement shall apply to counsel for the government and its trial support staff present in the courtroom, and counsel for the defendant and its trial support staff present in the courtroom.

IT IS SO ORDERED.

Dated:   December 6, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE