HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-mj-00094-CKD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO QUALIFY |
| | ) DEFENSE EXPERT UNDER F.R.E. 702 AND |
| v. | ) THE ADMISSIBILITY OF |
| | ) GOVERNMENT'S PHOTO EXHIBITS |
| JOHN L. ALIMENTI, | ) UNDER F.R.E. 901. |
| Defendant. | ) Date: December 13, 2021 |
| | ) Time: 9:30 a.m. |
| | ) Place: Honorable Carolyn K. Delaney |

    IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney Alstyn Bennett, and Assistant Federal Defender Linda Allison, that defense expert Minh X. Tran is qualified to offer testimony as an expert pursuant to Federal Rule of Evidence 702.

    IT IS FURTHER STIPULATED between the parties that the photos listed on the Government's Exhibit List (ECF 33), including Exhibits 1–15, 17, and 34–35, are admissible without further foundation pursuant to Federal Rule of Evidence 901.

/ / /

/ / /

/ / /

By this stipulation the parties now jointly move to qualify Minh Tran as an expert witness pursuant to F.R.E. 702 and agree that the photos on the government's Exhibit List are admissible under F.R.E. 901.

Dated: December 10, 2021  HEATHER E. WILLIAMS
Federal Defender

/s/ Linda C. Allison
LINDA C. ALLISON
Assistant Federal Defender

Dated:  December 12, 2021  PHILLIP A. TALBERT
Acting United States Attorney

/s/ Alstyn Bennett
Assistant United States Attorney

# O R D E R

IT IS HEREBY ORDERED that Minh X. Tran is qualified to offer testimony as an expert under F.R.E. 702 and the photo exhibits on the government's exhibit list are admissible without further foundation under F.R.E. 901.

Dated:  December 13, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE